GENERAL CONTRACT PURCHASE CORPORATION, A COR-
PORATION OF THE STATE OF NEW JERSEY, PLAIN-
TIFF-RESPONDENT, v. JOSEPH WELTCHEK, DEFEND-
ANT-PROSECUTOR.

Argued May 3, 1933—Decided September 27, 1933.

Before Justices CASE, BODINE and DONGES.

For the defendant-prosecutor, *Elias D. Hunt* and *Harry Weltchek.*

For the plaintiff-respondent, *Green & Green* and *Ira J. Katchen.*

PER CURIAM.

The prosecutor of this writ was arrested upon a *capias.* He filed a bond and petitioned the court for a discharge under the Insolvent Debtor act. 2 *Comp. Stat., p.* 2824. The notice of the time and place fixed for the final hearing was not published as required by the statute. 2 *Comp. Stat., p.* 2826, § 7. The court properly refused a discharge. We need not pass upon other irregularities suggested.

The writ will be dismissed.